THE NEVINS, INC., Appellant, *v.* ELIAS KASMACH, as President of the Waiters and Waitresses Union, Local No. 2 of Brooklyn and Queens, Respondent.

Argued October 3, 1938; decided October 4, 1938.

*Louis B. Boudin* and *Murray R. Paris* for motion.

*Robert E. Whalen, Ralph Weller* and *Milton M. Eisenberg* opposed.

Motion denied, without costs.